# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
May 1, 2019

In re:
    Brian Robert Bulakowski
    Debtor*

Case Number: 19–50309 jam
Chapter: 7

RG 49 Federal, LLC
Movant(s)

v.

Brian Robert Bulakowski
Richard M. Coan, Trustee

Respondent(s)

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

    Pursuant to 11 U.S.C. §§ 362(d)(1) and (2); RG 49 Federal, LLC (the "Movant"), filed a Motion for Relief from Stay dated March 26, 2019 (the "Motion", ECF No. 18).   After notice and a hearing, it appearing that the relief sought in the Motion should be granted; it is hereby

    **ORDERED:** The automatic stay provided in 11 U.S.C. § 362(a) is modified pursuant to 11 U.S.C. § 362(d)(1); to permit the Movant and/or their successors and assignees, to exercise their rights, if any, with respect to real property commonly known as 49 Federal Road Brookfield, CT 06804 and Space C, in accordance with applicable non–bankruptcy law;  and it is further

    **ORDERED:** The fourteen (14) day stay provided in Fed. R. Bankr. P. 4001(a)(3) is hereby waived.

Dated: May 1, 2019

BY THE COURT

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 118 – rms

*For the purposes of this order, "Debtor" means "Debtors" where applicable.